# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>COURT OF APPEAL, et al.,<br><br>        Respondents. | NO. CV 09-9053 SVW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 14, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE